New York City, for appellant. Antonio Ferme, of New York City, for respondent.

BIJUR, J. Although defendant testified that she had paid $122 in installments on account of the piano, it is evident from the details which she gives that she had paid only $96, namely: October 11, 1912, cash payment, $25; 21 weeks, October 11, 1912, to March 11, 1913, at $3 a week, $63; four of these weeks, an additional payment of $2 each, $8. The judgment must therefore be reduced to $116 and appropriate costs, and, as so modified, affirmed without costs of this appeal to either party. All concur.

JOHANSEN, Respondent, v. SHEWAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Aanon Johansen against James Shewan and others. No opinion. Judgment unanimously affirmed, with costs.

JOHN A. McCARTHY & BRO. v. LYONS. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by John A. McCarthy & Bro. against Oscar L. Lyons. No opinion. Motion granted, with $10 costs. Order filed.

JOHNSON COUNTY SAVINGS BANK, Appellant, v. KORNHAUSER, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by the Johnson County Savings Bank against Lewis Kornhauser. No opinion. Judgment and order of dismissal of the County Court of Westchester County affirmed, with costs.

JONES, Appellant, v. MILLARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Herbert A. Jones, as administrator, etc., against Allen J. Millard and another, as executors, etc. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 147 N. Y. Supp. 1119.

JONES, Respondent, v. SCHILLING, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Kathryn A. Jones against Frederick C. Schilling. No opinion. Judgment and order unanimously affirmed, with costs.

JOURNEAY, Respondent, v. HURWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Henry P. Journeay against Calmon Hurwitz and another. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

149 N.Y.S.—69

J. & F. B. GARRETT CO., Respondent, v. LEOPARDI, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by the J. & F. B. Garrett Company against Frank Leopardi. No opinion. Judgment affirmed, with costs.

In re KALISKY. (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of Abraham Kalisky. No opinion. Motion for commission granted. Settle order on notice. See, also, 148 N. Y. Supp. 1124.

In re KALTER. (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of Max Kalter. No opinion. Motion denied, with $10 costs. Order filed. See, also, 86 Misc. Rep. 621, 148 N. Y. Supp. 921.

KAMONOFSKY, Respondent, v. TOWN OF FLOYD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Rachael Kamonofsky, as administratrix, etc., against the Town of Floyd. PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT and MERRILL, JJ., dissent, upon the ground that the evidence fails to show that the defendant's negligence was the cause of the death of plaintiff's intestate, or that he was free from contributory negligence.

KANE, Respondent, v. ROCHESTER SECURITIES CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by John J. Kane against the Rochester Securities Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 147 N. Y. Supp. 1119.

KAUFMAN COSTUME CO., Respondent, v. KAUFMAN GOWN CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by the Kaufman Costume Company against the Kaufman Gown Company, Incorporated. E. L. Bondy, of New York City, for appellant. M. Kraushaar, of New York City, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. CLARKE, J., dissents.

KAYE v. STERN. (No. 6247.) (Supreme Court, Appellate Division, First Department. October 30, 1914.) Appeal from Appellate Term, First Department. Action by Charles Kaye against Emil Stern. From a determination of the Appellate Term, affirming a judg-